IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00783-TPO

GURDEEP SINGH,

     Petitioner,

v.

PAMELA BONDI, Attorney General of the United States;
KRISTI NOEM, Secretary,
U.S. Department of Homeland Security;
TODD LYONS, Acting Director of
Immigration and Customs Enforcement; and
JUAN BALTASAR, Warden of
Denver Contract Detention Facility;

in their official capacities,

     Respondents.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge on March 24, 2026.**

This matter comes before the Court upon its review of the Parties' briefing [ECFs 1, 9, & 10]. As he pleads in the Petition, Petitioner entered the United States on August 20, 2024. ECF 1 ¶ 73. Petitioner thus was residing in the country for a period of less than two years before he was detained. Neither party has addressed how the length of Petitioner's residency prior to his current detention may affect the Court's analysis of the Petition, specifically whether 8 U.S.C. §§ 1225(b) or 1226(a) provide the correct framework in this case. Under § 1225(b)(1)(a)(iii), the INA expressly distinguishes aliens who have not been admitted or paroled and have been present in the country for less than two years. *See Singh v. Noem*, No. CIV 25-1110 JB/KK, 2026 WL 146005, at \*\*33-36 (D.N.M. Jan. 20, 2026) (analyzing the relevant detention statutes and finding § 1225(b) applicable because the noncitizen was present in the United States for less than two years, despite prior release on his own recognizance). Because the Court lacks sufficient legal argument on this issue which appears to be essential to the Court's decision, <u>the Parties shall file supplemental briefing addressing the length of Petitioner's presence within the United States prior to his current detention and whether, and how, this affects the statutory detention framework.</u> The Parties may submit exhibits as attachments for the Court's consideration.

Petitioner shall file his supplemental brief on or before **April 7, 2026**.
Respondents shall file their supplemental brief on or before **April 21, 2026**.