IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00783-TPO

GURDEEP SINGH,

Petitioner,

v.

TODD BLANCHE,
Acting Attorney General of the United States;
MARKWAYNE MULLIN,
Secretary of the Department of Homeland Security;
DAVID VENTURELLA, Acting Director of
Immigration and Customs Enforcement; and
JUAN BALTASAR, Warden of
Denver Contract Detention Facility;

in their official capacities,

Respondents.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge on November 16, 2026.**

Before the Court is Petitioner's Motion to Enforce Habeas Order and for Further Relief [ECF 18]. In the Motion, Petitioner notes that this Court ordered that the immigration court conduct a bond redetermination hearing by July 9, 2026, with the Respondents to bear the burden of proof by clear and convincing evidence at that hearing. *See* ECF 18 at 2 (citing ECF 16). Petitioner asserts that although the bond hearing went forward in a timely fashion, "the Immigration Judge failed to faithfully implement the habeas remedy ordered by this Court." *Id.* at 3. More specifically, Petitioner alleges that Respondents' failure to justify Petitioner's continued detention "violates both this Court's habeas order and the Due Process Clause of the Fifth Amendment." *Id.* at 9. Petitioner seeks his immediate release. *Id.* at 11.

On August 19, 2026, Respondents filed a Response [ECF 19] in which Respondents failed to oppose Petitioner's Motion. ECF 19. As a result, the Court finds that any opposition to the Motion is waived. *See Liu v. Bondi*, No. 26-143 JB/GJF, 2026 WL 878280, at *5 (D.N.M. Mar. 31, 2026) (citing *United States v. Gordon*, 710 F.3d 1124, 1150 (10th Cir. 2013); *Gagandeep Singh v. Castro*, No. 26-cv-00168 JB/JFR, PFRD 5-6 (Dkt. No. 15), 2026 WL 473203 (D.N.M. Feb. 19, 2026) (Robbenhaar, J.)).

Having received no objection, the Court **grants** Petitioner's Motion to Enforce [ECF 18] and **ORDERS** that Respondents release Petitioner within 48 hours of the present Order, i.e., **by November 18, 2026**. By November 19, 2026, the Parties will submit a Joint Status Report to update the Court on Respondents' compliance with this Court's Order.

As the Motion to Enforce [ECF 18] has been granted, the Petitioner's Motion to Expedite Ruling on Motion to Enforce Habeas Order and for Further Relief [ECF 21] is **denied** as moot.